IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARCO MEDINA-SALAS, ) | |
| ) | |
| Plaintiff, ) | 4:05cv3211 |
| ) | |
| v. ) | |
| ) | |
| TYSON FRESH MEATS, ) | ORDER |
| ) | |
| Defendant. ) | |

The Clerk's Office has requested that Document Number 6 be stricken from the record for the following reason(s):

- Document filed as to incorrect party.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 6 from the record. The party has re-filed the document.

DATED this 7th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge