IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARCO MEDINA-SALAS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3211 |
| | ) | |
| v. | ) | |
| | ) | |
| TYSON FRESH MEATS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by October 11, 2005, file their Report of Parties' Planning Conference.

DATED September 21, 2005.

/s/ *David L. Piester*
United States Magistrate Judge