IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARCO MEDINA-SALAS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3211 |
| | ) | |
| v. | ) | |
| | ) | |
| TYSON FRESH MEATS, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

The parties' stipulation for extension of time, filing 13, is granted and the deadline for filing the Rule 26 report of planning conference is extended to November 4, 2005.

DATED this 6th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge