IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARCO MEDINA-SALAS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3211 |
| | ) | |
| v. | ) | |
| | ) | |
| TYSON FRESH MEATS, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The motion of Ari D. Riekes to withdraw as counsel for defendant Tyson, filing 24, is granted.  Defendant Tyson will continue be represented by attorney Marcia Washkuhn of Kutak Rock LLP.

DATED this 10th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge