```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MARCO MEDINA-SALAS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3211 |
| | ) | |
| v. | ) | |
| | ) | |
| TYSON FRESH MEATS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The joint oral motion of counsel is granted and the Rule 26 telephone planning conference is continued from today to February 16, 2006 at 9:00 a.m.  Plaintiff's counsel shall initiate the call.

DATED this 6th day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge