THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARCO MEDINA-SALAS, | ) | 4:05CV3211 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TYSON FRESH MEATS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff has filed a motion (filing 53) for a 20-day extension of time within which to respond to Defendant's motion (filing 40) for summary judgment. Because Defendant is entitled to reply to Plaintiff's response, and because trial is set for August 28, 2006, I shall grant Plaintiff's request in part. Accordingly,

IT IS ORDERED:

1. Plaintiff's motion (filing 53) for an extension of time within which to respond to Defendant's motion (filing 40) for summary judgment is granted in part;

2. Plaintiff shall submit his response to Defendant's motion (filing 40) for summary judgment on or before August 4, 2006;

3. The Clerk of Court shall adjust the court's internal computerized record-keeping system to reflect that the "response due" date on Filing 40 is August 4, 2006.

July 11, 2006.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge