THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARCO MEDINA-SALAS, | ) | 4:05CV3211 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TYSON FRESH MEATS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pending before the court is the defendant's motion for summary judgment (filing 40). Because it is the present intention of the court to grant the defendant's motion, I shall order that trial of this matter, currently set to begin on August 29, 2006, shall be continued until further order of the court.

IT IS ORDERED that trial of this matter, set to begin on August 29, 2006, is continued until further order of the court.

August 17, 2006.      BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge