IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARCO MEDINA-SALAS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3211 |
| | ) | |
| v. | ) | |
| | ) | |
| TYSON FRESH MEATS, | ) | REASSIGNMENT ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that, in the interest of judicial economy, this case will remain assigned to District Court Judge Richard G. Kopf and is reassigned to Magistrate Judge F.A. Gossett.

DATED this 16th day of October, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge